**FILED**
Aug 24 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ cynthial    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '22 CR1936 CAB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| ENRIQUE VILLA CURIEL, | |
| Defendant. | |

The grand jury charges:

On or about July 26, 2021, within the Southern District of California, defendant ENRIQUE VILLA CURIEL did knowingly and intentionally import 5 kilograms and more, to wit: approximately 23.64 kilograms (52.12 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 24, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
LYNDZIE M. CARTER
Assistant U.S. Attorney

LMC:cms:San Diego:8/24/22